No. 413. MOORE *v.* RAGEN, WARDEN;
No. 414. MASCIO *v.* RAGEN, WARDEN;
No. 416. TAIT *v.* RAGEN, WARDEN;
No. 434. COLEMAN *v.* RAGEN, WARDEN;
No. 437. JANOWICZ *v.* RAGEN, WARDEN;

No. 445.  PAYNES *v.* RAGEN, WARDEN;

No. 446.  KRUSE *v.* RAGEN, WARDEN; and

No. 459.  UNITED STATES EX REL. WROBLEWSKI *v.* RAGEN, WARDEN.  October 14, 1946.  Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.